

# IN THE
# TENTH COURT OF APPEALS

### No. 10-10-00053-CV

ROSAURA MARTINEZ,

Appellant

 v.

MICHAEL L. WALKER
AND JOHN W. SCOTT,

Appellees

**From the 170th District Court
McLennan County, Texas
Trial Court No. 2009-984-4**

## MEMORANDUM  OPINION

Appellant has filed a motion to dismiss this appeal "based upon an agreement reached with Appellees."  Appellees have not filed a response.  Accordingly, the appeal is dismissed.  *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM

Before Chief Justice Gray,
    Justice Reyna, and
    Justice Davis
Appeal dismissed
Opinion delivered and filed May 12, 2010
[CV06]